1   Michael W. Carruth, Bar No. 249263
    Brendan D. Gonzalez, Bar No. 346541
2   KLINEDINST PC
    801 K Street, Suite 2100
3   Sacramento, California 95814
    (916) 282-0100/FAX (916) 444-7544
4   mcarruth@klinedinstlaw.com
    bgonzalez@klinedinstlaw.com
5
    Attorneys for Defendant TRACTOR SUPPLY
6   COMPANY
7

8               UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11  PIERRE CARBONNEAU,                    Case No. 23-cv-01031-HSG

12           Plaintiff,                   **ORDER ON SECOND JOINT
                                          STIPULATION TO CONTINUE
13       v.                               CASE MANAGEMENT
                                          CONFERENCE  (as modified)**
14  TRACTOR SUPPLY CO., TRACTOR
    SUPPLY CO. STORE FACILITY NUMBER
15  2285; DOES 1 TO 20,

16           Defendant.

17

18       Whereas the Parties have requested a continuance of the August 8, 2023 telephonic case

19  management conference to allow for rescheduled mediation on September 26, 2023, the court

20  orders the August 8, 2023 hearing be continued to October 3, 2023 at 2:00 p.m.  All counsel shall

21  use the following dial-in information to access the call:   Dial-In:   888-808-6929/Passcode:

22  6064255. All attorneys and pro se litigants appearing for a telephonic case management

23  conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

24       IT IS SO ORDERED.

25  Dated:  7/21/2023          _____
                               Hon. Haywood S. Gilliam, Jr.
26

27

28  22876216.1

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814