# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PIERRE CARBONNEAU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRACTOR SUPPLY CO., TRACTOR SUPPLY CO. STORE FACILITY NUMBER 2285; DOES 1 TO 20,<br><br>　　　　Defendant. | Case No. 23-cv-01031-HSG<br><br>**ORDER ON THIRD JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified)** |

Whereas the Parties have requested a continuance of the October 3, 2023 Telphonic Case Management Conference to allow them sufficient time to focus their efforts and attention on mediation and settlement discussions, the Court hereby orders the October 3, 2023 hearing be continued to October 31, 2023 at 2:00 p.m.  Case Management Statement is due October 24th.  Dial-in information and instructions remain the same as provided in docket no. 18.

　　　　IT IS SO ORDERED.

Dated: 9/21/2023

　　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.